NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY,**
*Appellant*

**v.**

**TRANSPORT TECHNOLOGIES, LLC,**
*Appellee*

---

2018-1894

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01633.

---

PER CURIAM.

## ORDER

Los Angeles County Metropolitan Transportation Authority ("LA Metro") petitioned for inter partes review of claims 1, 3, 5, 6, 8, and 10 of U.S. Patent No. 6,980,101, owned by Transport Technologies LLC. The Patent Trial and Appeal Board ("Board") held that LA Metro did not show unpatentability. LA Metro appeals.

We recently affirmed a decision by the Board holding the same claims of the same patent unpatentable as invalid for obviousness. *Transp. Techs., LLC v. L.A. Cty. Metro.*

*Transp. Auth.*, No. 18-1412, 748 F. App'x 325 (Fed. Cir. Jan. 9, 2019).

Accordingly,

IT IS ORDERED THAT:

(1) Los Angeles County Metropolitan Transportation Authority is ordered to show cause why the appeal should not be dismissed as moot. The response shall be filed no later than seven days after the date of issuance of this Order.

(2) Any response by Transport Technologies shall be filed no later than five days after the filing of the response to this Order.

FOR THE COURT

February 11, 2019                    /s/ Peter R. Marksteiner
        Date                            Peter R. Marksteiner
                                        Clerk of Court